UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA PROTECTION AND ADVOCACY )
SERVICES COMMISSION, )
 )
Plaintiff, )
 )
v. )    No. 1:22-cv-00906-JRS-TAB
 )
INDIANA FAMILY AND SOCIAL SERVICES )
ADMINISTRATION, *et al.*, )
 )
Defendants. )

## ORDER

The parties having filed their Joint Status Report, and the Court having read and reviewed the same and being duly advised, the Court now ORDERS the parties to file an additional status report regarding the status of their settlement negotiations no later than 30 days from the date of this Order.

**SO ORDERED.**

Date: 10/3/2023

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF