UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA PROTECTION AND ADVOCACY )
SERVICES COMMISSION, )
 )
Plaintiff, )
 )
v. ) No. 1:22-cv-00906-JRS-TAB
 )
INDIANA FAMILY AND SOCIAL SERVICES )
ADMINISTRATION, *et al.*, )
 )
Defendants. )

## STIPULATION OF DISMISSAL

**COME NOW** all parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure stipulate to the dismissal of this cause, without prejudice and

with each party to bear their own attorneys' fees and costs.

**WHEREFORE,** the parties respectfully stipulate to the dismissal of this cause, without

prejudice and with each party to bear their own attorneys' fees and costs, and request all proper relief.


*For the plaintiff:*                                    *For the defendants:*

*/s/ Gavin M. Rose*                                     */s/ Patricia Huber Strachan (with permission)*
Gavin M. Rose                                           Patricia Huber Strachan
ACLU of Indiana                                         Office of the Indiana Attorney General
1031 E. Washington St.                                  IGCS – Fifth Floor
Indianapolis, IN  46202                                 302 W. Washington St.
                                                        Indianapolis, IN  46204
*/s/ Thomas E. Crishon (with permission)*
Thomas E. Crishon
Indiana Disability Rights
4755 Kingsway Dr., Ste. 100
Indianapolis, IN  46205

1